```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION

JERRY LISBY,                      §
      Petitioner,                 §
                                  §
VS.                               §   CIVIL ACTION NO.4:05-CV-534-Y
                                  §
DAN JOSLIN, Warden,               §
FCI-Seagoville,                   §
      Respondent.                 §
```

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Jerry Lisby, along with the November 22, 2005, findings, conclusions, and recommendation of the United States Magistrate Judge. The magistrate judge gave the parties until December 13 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States Magistrate Judge filed on November 22, 2005. The Court concludes that the petition for writ of habeas corpus should be denied for the reasons stated in the magistrate judge's findings and conclusions.

The findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Petitioner Jerry Lisby's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is DENIED.

SIGNED January 4, 2006.

                                                                                    _____
                                                                                    TERRY R. MEANS
                                                                                    UNITED STATES DISTRICT JUDGE